Dunbar Camps, Inc., Appellant and Respondent, *v.* Sol Amster et al., Respondents and Appellants, et al., Defendants.

Argued March 4, 1952; decided April 17, 1952.

*Benjamin Heller* and *Martin H. Selman* for appellant and respondent.

*Gabriel B. Schwartz* and *Ira Koenig* for respondents and appellants.

On appeal by plaintiff: Judgment affirmed, with costs. Appeal by defendants dismissed upon the ground that the order sought to be reviewed does not finally determine the action within the meaning of the Constitution. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE. FULD and FROESSEL, JJ.